

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| COMPANY | PRODUCER |
|---|---|
| GENERALI – US BRANCH<br>7 World Trade Center<br>250 Greenwich Street, 33rd Floor<br>New York, NY 10007-0010 | AON RISK INSURANCE SERVICES WEST INC.<br>425 Market Street<br>San Francisco, CA 94105 |

**NAMED INSURED:** Airbnb, Inc., Airbnb RPG Inc., Airbnb.org
**MAILING ADDRESS:** 888 Brannan Street
San Francisco, CA 94103
**POLICY PERIOD:** FROM December 31, 2022 TO December 31, 2023 AT 12:01 A.M. GREENWICH MEAN TIME

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| LIMITS OF INSURANCE | | |
|---|---|---|
| **Coverage** | **Limit of Liability** | |
| Aggregate Limits of Liability | Not Included<br>$1,000,000 | Products/Completed Operations<br>Per "Designated Location" per "Rental Period" |
| Coverage A - Bodily Injury and Property Damage Liability | $1,000,000 | Per "Occurrence" |
|    Care, Custody, or Control Liability | $5,000 | Per "Occurrence" |
| Coverage B - Friendly Building Limited Personal Injury Liability and Government Regulatory Action | $1,000,000 | Per Offense |
| Coverage C - Medical Payments | | |
|    Medical Expenses | $10,000 | For any one person |
|    Medivac and Repatriation | $100,000 | Per "Occurrence" |

| DESCRIPTION OF BUSINESS |
|---|
| Covering liability of the Named Insured and other Insureds as per the policy form.<br>Form of Business: Corporation |

| CLASSIFICATION AND PREMIUM | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOCATION NUMBER | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| | | | $ | $ | $ | $ | $ |

STATE TAX OR OTHER (if applicable) $ _____

TOTAL PREMIUM (SUBJECT TO AUDIT) $ ▮▮▮▮▮

PREMIUM SHOWN IS PAYABLE:  AT INCEPTION $ _____
AT EACH ANNIVERSARY $ _____
(IF POLICY PERIOD IS MORE THAN ONE YEAR AND PREMIUM IS PAID IN ANNUAL INSTALLMENTS)

AUDIT PERIOD (IF APPLICABLE)  ☐ ANNUALLY  ☐ SEMI-ANNUALLY  ☐ QUARTERLY  ☐ MONTHLY

## ENDORSEMENTS

ENDORSEMENTS ATTACHED TO THIS POLICY:

- IL 01 51 01 12   DELAWARE CHANGES - CIVIL UNION
- IL 02 37 04 12   DELAWARE CHANGES - TERMINATION PROVISIONS
- HLI 0001 DE 12 21   HOST LIABILITY INSURANCE ENDORSEMENT
- HLI 0002 12 21   COMPOSITE RATE ENDORSEMENT
- GEN ES 0001 12 21   ECONOMIC SANCTIONS ENDORSEMENT
- ADDITIONAL INSURED ENDORSEMENT
- AMENDATORY ENDORSEMENT – POLICY CONDITIONS
- ANTI-STACKING ENDORSEMENT

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

**Countersigned:** December 30, 2022
(Date)

**By:** *John Martini* (signature)
(Authorized Representative)